PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARQUET TRAWICK, | ) | |
| | ) | CASE NO. 4:13CV00201 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| OFFICER SAKMAR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

Plaintiff's request for permission to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915, the total filing fee in the amount of $ 350.00 is due. Further, an initial partial fee in the amount of $ 2.53 is due and should be deducted from Plaintiff's prisoner account, when funds are available therein. Thereafter, the prison cashier's office shall deduct, and forward to the Court, 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00, until the full fee has been paid.[1] The Clerk is directed to issue a copy of this Order and the attached instructions, which are hereby incorporated herein, to Plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this Order to the Court's financial office.

IT IS SO ORDERED.

April 30, 2013                  /s/ Benita Y. Pearson
Date                                           Benita Y. Pearson
                                                       United States District Judge

---

[1] **The prison cashier's office shall not send payments aggregating more than the amount of the full fee.**